FILED

I CERTIFY THE FOREGOING TO BE A TRUE
AND CORRECT COPY OF THE ORIGINAL

CLERK OF COURT
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

BY: _AnnLindstrand_____

**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

2021 AUG 24  AM 9: 31

DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO. FLORIDA

**IN RE: TASIGNA (NILOTINIB) PRODUCTS
LIABILITY LITIGATION**

MDL No. 3006

**FILED**

U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

Aug 24, 2021

Tammy H. Downs, Clerk
By: Jake Kornegay D.C.

DEP CLERK

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −1)**

On August 10, 2021, the Panel transferred 15 civil action(s) to the United States District Court for the Middle District of Florida for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* __F.Supp.3d__ (J.P.M.L. 2021). Since that time, no additional action(s) have been transferred to the Middle District of Florida. With the consent of that court, all such actions have been assigned to the Honorable Roy B. Dalton, Jr.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Middle District of Florida and assigned to Judge Dalton.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Middle District of Florida for the reasons stated in the order of August 10, 2021, and, with the consent of that court, assigned to the Honorable Roy B. Dalton, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Middle District of Florida. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Aug 24, 2021

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

**IN RE: TASIGNA (NILOTINIB) PRODUCTS
LIABILITY LITIGATION**

MDL No. 3006

### SCHEDULE CTO−1 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|------|------|---------|--------------|

ARKANSAS EASTERN

| | | | |
|------|------|---------|--------------|
| ARE | 4 | 21−00677 | Miller et al v. Novartis Pharmaceuticals Corporation |